624

**Ruby Freeman**, Respondent, v. **New York City Housing Authority**, Appellant.— Order entered on June 22, 1961 unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. [30 Misc 2d 918.] Concur — Rabin, J. P., Valente, Stevens, Eager and Steuer, JJ.

**The People of the State of New York**, Respondent, v. **John Bell**, Appellant.— Order entered on October 11, 1961 unanimously affirmed. No opinion. Concur — Rabin, J. P., Valente, Stevens, Eager and Steuer, JJ.

In the Matter of **Philbern Realty Corp.**, Appellant, v. **Robert E. Herman**, as State Rent Administrator, Respondent.— Order entered on February 27, 1962 unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Concur — Rabin, J. P., Valente, Stevens, Eager and Steuer, JJ.

**The People of the State of New York**, Respondent, v. **Robert Evans**, Appellant.— Order entered on October 10, 1960 unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

In the Matter of the Estate of **Richard Uhlfelder**, Deceased. **Gertrude Uhlfelder**, Appellant; **Lucille Haber**, Individually and as Executrix and Trustee of **Richard Uhlfelder**, Deceased, et al., Respondents.— Decree so far as appealed from unanimously affirmed, with costs to all parties filing briefs payable out of the estate. No opinion. Concur — Breitel, J. P., McNally, Stevens, Eager and Steuer, JJ. [31 Misc 2d 917.]

**The People of the State of New York**, Respondent, v. **Sol Chodorov**, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Breitel, J. P., McNally, Stevens, Eager and Steuer, JJ.

**Alma Bostrom** v. **Presbyterian Hospital in the City of New York**. — Motion for reargument denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

In the Matter of the Probate of the Will of **Pauline S. Weston**, Deceased.— Motion for reargument denied, with $10 costs. Concur — Breitel, J. P., Rabin, McNally, Stevens and Steuer, JJ.

(A) **Pearl Lebow** v. **Drah Cab Corp.** et al. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ. (B) **John F. Donohue** v. **Progress Marine Corp.** et al. Concur — Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ. (C) **Frost House, Inc.**, v. **Preferred Mutual Insurance Company**. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ. (D) **Northerly Corp.** v. **Hermett Realty Corporation** et al. Concur — Rabin, J. P., Valente, McNally, Stevens and Steuer, JJ. — [In each action] Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs.

**Cyd Woolf**, as Executrix of **Stanley Woolf**, Deceased, v. **R. T. Reed**, as President of American Express Company.— Motion for reargument denied, with $10 costs. Concur — Rabin, J. P., Valente, McNally, Stevens and Steuer, JJ.

**Judith Vega** v. **American Cyanamid Company** et al.,— Motion for leave to reargue or for leave to appeal to the Court of Appeals or amending order of this court denied, with $10 costs. Concur — Botein, P. J., Rabin, McNally, Stevens and Steuer, JJ.

**Samuel Atkin** et al. v. **Hill Darlington & Grimm** et al.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted to the extent of certifying the following question: " Was the order of Special Term correct in denying defendants' renewed motion for summary judgment? " Settle order on notice. Motion for leave to appeal to the Court of Appeals granted to the extent of certifying the following question: " Were the orders of Special Term correct in denying plaintiffs' motion and renewed motion for summary judgment? " Settle order on notice. Concur — Botein, P. J., Breitel, Valente, McNally and Steuer, JJ.